FILED: MAY 8, 2008
08CV2676    EDA
JUDGE HOLDERMAN
MAGISTRATE JUDGE BROWN

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number:

ROCKFORD PARK DISTRIST, an Illinois
Unit of Local Government

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TIG Insurance Company, as successor by merger to INTERNATIONAL INSURANCE COMPANY, a foreign insurance corporation

| | |
|---|---|
| NAME (Type or print)<br>Ilene M. Korey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Ilene M. Korey | |
| FIRM<br>CLAUSEN MILLER, P.C. | |
| STREET ADDRESS<br>10 South LaSalle Street, Ste. 1600 | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>#6185645 | TELEPHONE NUMBER<br>312/855-1010 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES x | NO ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐