## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2676 | **DATE** | 5/9/2008 |
| **CASE TITLE** | Rockford Park District vs. TIG Insurance Company | | |

**DOCKET ENTRY TEXT**

This case having been erroneously filed in the U.S.D.C. for the Northern District of Illinois Eastern Division is transferred to the U.S.D.C. for the Northern District of Illinois Western Division.

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|