

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**  **OFFICE OF THE CLERK**
**CLERK**  (312) 435-5691

May 9, 2008

Julia Mitchell
USDC Northern District of Illinois
Western Division
United States Courthouse
211 South Court Street
Rockford, Illinois 61101

RE:      Rockford Park District v. TIG Insurance Company
USDC No.:   1:08-cv-2676 - Judge Holderman

Dear Ms. Julia Mitchell:

Enclosed is the certified electronic record which is being transferred to your court pursuant to an order entered on May 9, 2008 by the Honorable Judge James F. Holderman.

Please acknowledge receipt on the enclosed copy of this letter.

                              Sincerely yours,

                              Michael W. Dobbins, Clerk


                              By:    s/Haydee Pawlowski
                                     Deputy Clerk


Enclosures

New Case No. _____      Date _____