

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

**OFFICE OF THE CLERK**
(312) 435-5691

May 9, 2008

Julia Mitchell
USDC Northern District of Illinois
Western Division
United States Courthouse
211 South Court Street
Rockford, Illinois 61101

**FILED**

MAY 12 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE:      Rockford Park District v. TIG Insurance Company
USDC No.:   1:08-cv-2676 - Judge Holderman
            *Judge Reinhard*

Dear Ms. Julia Mitchell:

Enclosed is the certified electronic record which is being transferred to your court pursuant to an order entered on May 9, 2008 by the Honorable Judge James F. Holderman.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:   s/Haydee Pawlowski
      Deputy Clerk

Enclosures

New Case No. _____      Date _____