## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS-WESTERN DIVISION

| | | |
|---|---|---|
| ROCKFORD PARK DISTRICT, an Illinois Unit of Local Government, | ) ) ) | No. 1:08-cv-02676 |
| Plaintiff, | ) ) | |
| vs. | ) ) | Judge: Philip G. Reinhard |
| | ) | Magistrate: P. Michael Mahoney |
| TIG INSURANCE COMPANY, as successor by merger to INTERNATIONAL INSURANCE COMPANY, a foreign corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF FILING

To: Marc C. Gravino, WILLIAMS MCCARTHY, LLP, 120 West State Street, P. O. Box 219, Rockford, IL 61105-0219, mgravino@wilmac.com

Please Take Notice that on the 21st day of May, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, Defendant TIG Insurance Company's, as successor by merger to International Insurance Company, a foreign corporation, Motion for Enlargement of Time, a copy of which was filed concurrently and herewith served upon you.

                                                      /s/ C. Kyle Lang
                                                      C. Kyle Lang  #6280427
                                                      CLAUSEN MILLER P.C.

MARGARET J. ORBON
ILENE M. KOREY
C. KYLE LANG
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
morbon@clausen.com
ikorey@clausen.com
clang@clausen.com

Attorneys for Defendant TIG INSURANCE COMPANY

1185763.1

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Filing and the attached motion has been electronically served upon the following counsel on this 21st day of May, 2008.

Marc C. Gravino
WILLIAMS MCCARTHY, LLP
120 West State Street
P. O. Box 219
Rockford, IL 61105-0219
mgravino@wilmac.com
*Attorney for Plaintiff*

                                               /s/ C. Kyle Lang
                                               Attorney

1185763.1