IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-WESTERN DIVISION

| | | |
|---|---|---|
| ROCKFORD PARK DISTRICT, an Illinois Unit of Local Government, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 1:08-cv-02676 |
| vs. | ) ) | Honorable Philip G. Reinhard |
| TIG INSURANCE COMPANY, as successor by merger to INTERNATIONAL INSURANCE COMPANY, a foreign corporation, | ) ) ) ) ) | Honorable P. Michael Mahoney |
| Defendant. | ) ) | |

**NOTICE OF FILING**

To: Marc C. Gravino, WILLIAMS MCCARTHY, LLP, 120 West State Street, P. O. Box 219, Rockford, IL 61105-0219, mgravino@wilmac.com

Please Take Notice that on the 30th day of May, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, Defendant TIG Insurance Company's, as successor by merger to International Insurance Company, a foreign corporation, *Answer to Plaintiff's Complaint*, a copy of which was filed concurrently and herewith served upon you.

/s/ C. Kyle Lang
C. Kyle Lang  #6280427
CLAUSEN MILLER P.C.

MARGARET J. ORBON
ILENE M. KOREY
C. KYLE LANG
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
morbon@clausen.com
ikorey@clausen.com
clang@clausen.com

Attorneys for Defendant TIG INSURANCE COMPANY

1186825.1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Filing and the attached *Answer to Plaintiff's Complaint* has been electronically served upon the following counsel on this 30th day of May, 2008.

Marc C. Gravino
WILLIAMS MCCARTHY, LLP
120 West State Street
P. O. Box 219
Rockford, IL 61105-0219
mgravino@wilmac.com
*Attorney for Plaintiff*

                                              /s/ C. Kyle Lang
                                              Attorney

1186825.1