## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS-WESTERN DIVISION

| | | |
|---|---|---|
| ROCKFORD PARK DISTRICT, an Illinois Unit of Local Government, | ) ) ) | No. 1:08-cv-02676 |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | Honorable Philip G. Reinhard Honorable P. Michael Mahoney |
| TIG INSURANCE COMPANY, as successor by merger to INTERNATIONAL INSURANCE COMPANY, a foreign corporation, | ) ) ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF FILING

To: Marc C. Gravino, WILLIAMS MCCARTHY, LLP, 120 West State Street, P. O. Box 219, Rockford, IL 61105-0219, mgravino@wilmac.com

Please Take Notice that on the 10th day of June, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, Defendant TIG Insurance Company's, as successor by merger to International Insurance Company, a foreign corporation, *Corrected Answer*, a copy of which was filed concurrently and herewith served upon you.

/s/ C. Kyle Lang
C. Kyle Lang  #6280427
CLAUSEN MILLER P.C.

ILENE M. KOREY
C. KYLE LANG
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
morbon@clausen.com
ikorey@clausen.com
clang@clausen.com

Attorneys for Defendant TIG INSURANCE COMPANY

1188665.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Filing and the attached *Corrected Answer* has been electronically served upon the following counsel on this 10th day of June, 2008.

Marc C. Gravino
WILLIAMS MCCARTHY, LLP
120 West State Street
P. O. Box 219
Rockford, IL  61105-0219
mgravino@wilmac.com
*Attorney for Plaintiff*

/s/ C. Kyle Lang
Attorney

2

1188665.1