IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ROCKFORD PARK DISTRICT<br><br>Plaintiff,<br><br>v.<br><br>TIG INSURANCE COMPANY<br><br>Defendant. | No.  08 C 02676<br><br>Judge Philip G. Reinhard<br><br>Magistrate Judge P. Michael Mahoney |

**MOTION FOR LEAVE TO SUBSTITUTE ATTORNEYS
OF RECORD AND LEAVE TO WITHDRAW AS COUNSEL**

Defendant, TIG Insurance Company, as Successor by Merger to International Insurance Company, by and through its attorneys, SmithAmundsen LLC, pursuant to Local Rule 83.17 of the Rules of the United States District Court for the Northern District of Illinois, moves this Court for Leave to Substitute Attorneys or Record and Leave to Withdraw As Counsel, and states as follows:

1.  This action was filed by Rockford Park District on May 8, 2008.

2.  On May 8, 2008, Ilene M. Korey and on May 21, 2008 C. Kyle Lang of Clausen Miller, PC, 10 S. LaSalle Street, Chicago, Illinois 60603-1098, filed appearances as attorneys of record for TIG.

3.  TIG has decided to retain Timothy J. Fagan of SmithAmundsen LLC, 150 N. Michigan Avenue, Suite 3300, Chicago, Illinois 60601 and Ruth E. Robinson of SmithAmundsen LLC, Stewart Square, 308 W. State Street, Rockford, Illinois 61101-1140 to substitute as attorneys of record to represent the interests of TIG in this action.

      4.      Both Timothy J. Fagan and Ruth E. Robinson are attorneys admitted to practice in the Northern District of Illinois and the State of Illinois.

      5.      Ms. Korey and Mr. Lang consent to this substitution as evidenced by their respective signatures on the attached "Substitution of Counsel".

WHEREFORE, Defendant, TIG Insurance Company, as Successor by Merger to International Insurance Company, respectfully moves this Court, pursuant to Local Rule 83.17, for leave to have Timothy J. Fagan and Ruth E. Robinson substitute as counsel of record for TIG and grant leave for Ilene M. Korey and C. Kyle Lang to withdraw as counsel of record.

Respectfully submitted,

TIG Insurance Company, as Successor by Merger to International Insurance Company

By:    /s/ Ruth E. Robinson
        One of its Attorneys

Ruth E. Robinson, Esq. (ARDC No. 6207546)
Stewart Square
308 W. State Street
Rockford, Illinois 61101-1140
Telephone:  (815) 987-0441
Facsimile:   (815) 987-9891

Timothy J. Fagan, Esq. (ARDC No. 6202552)
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Facsimile: (312) 894-3210

## NOTICE OF FILING

To:  *Ilene M. Korey*  *Marc C. Gravino*
*C. Kyle Lang*  *WilliamsMcCarthy LLC*
*Clausen Miller, PC*  *120 W. State Street*
*10 South LaSalle Street*  *P.O. Box 219*
*Chicago, IL 60603-1098*  *Rockford, IL 61105*

PLEASE TAKE NOTICE that on the 13th day of June, 2008, the defendant, TIG Insurance Company, caused the attached motion for Leave to Substitute Attorneys of Record and Leave to Withdraw as Counsel to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division.

s/Ruth E. Robinson
Attorney for Defendant
Ruth E. Robinson Bar Number:  06207546
SMITHAMUNDSEN LLC
308 W. State Street, Suite 320
Rockford, Illinois  61101
Phone:  (815) 987-0441
Fax:  (815) 987-9897
Email:  rrobinson@salawus.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

*Ilene M. Korey*  *Marc C. Gravino*
*C. Kyle Lang*  *WilliamsMcCarthy LLC*
*Clausen Miller, PC*  *120 W. State Street*
*10 South LaSalle Street*  *P.O. Box 219*
*Chicago, IL 60603-1098*  *Rockford, IL 61105*

s/Ruth E. Robinson
Attorney for Defendant
Ruth E. Robinson Bar Number:  06207546
SmithAmundsen LLC
308 W. State Street, Suite 320
Rockford, Illinois  61101
Phone:  (815) 987-0441
Fax:  (815) 987-9897
Email:  rrobinson@salawus.com