IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ROCKFORD PARK DISTRICT | |
| Plaintiff, | |
| v. | No. 08 C 02676 |
| TIG INSURANCE COMPANY | Judge Philip G. Reinhard |
| Defendant. | Magistrate Judge P. Michael Mahoney |

## SUBSTITUTION OF ATTORNEYS

Ilene M. Korey and C. Kyle Lang acknowledge TIG has decided to substitute counsel of record and request leave to withdraw their respective appearances for Defendant, **TIG Insurance Company, as Successor by Merger to International Insurance Company**

_____          _____
Ilene M. Korey                              C. Kyle Lang

Clausen Miller, PC                       Clausen Miller, PC
10 South LaSalle Street                10 South LaSalle Street
Chicago, Illinois 60603-1098        Chicago, Illinois 60603-1098
(312) 855-1010                            (312) 855-1010

Timothy J. Fagan and Ruth E. Robinson request leave to enter their respective appearances for Defendant, **TIG Insurance Company, as Successor by Merger to International Insurance Company**

_____          _____
Timothy J. Fagan                          Ruth E. Robinson

SmithAmundsen LLC                   SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300     Stewart Square
Chicago, Illinois 60601                 308 W. State Street
Telephone: (312) 894-3200          Rockford, Illinois 61101-1140
Facsimile: (312) 894-3210           Telephone: (815) 987-0441
(ARDC No. 6202552)                    Facsimile: (815) 987-9891
                                                    (ARDC No. 6207546)

## CERTIFICATE OF SERVICE

    I hereby certify that on June 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

*Ilene M. Korey*
*C. Kyle Lang*
*Clausen Miller, PC*
*10 South LaSalle Street*
*Chicago, IL 60603-1098*

*Marc C. Gravino*
*WilliamsMcCarthy LLC*
*120 W. State Street*
*P.O. Box 219*
*Rockford, IL 61105*

s/Ruth E. Robinson
Attorney for Defendant
Ruth E. Robinson Bar Number: 06207546
SmithAmundsen LLC
308 W. State Street, Suite 320
Rockford, Illinois 61101
Phone: (815) 987-0441
Fax: (815) 987-9897
Email: rrobinson@salawus.com