## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 02676 | **DATE** | 6/20/2008 |
| **CASE TITLE** | ROCKFORD PARK DISTRICT vs. TIG INSURANCE |||

**DOCKET ENTRY TEXT:**

Status hearing held.  Defendant's motion to substitute counsel is granted.  Ruth Robinson given leave to file appearance for defendant.  This case is referred to mediation.  Parties to notify court of chosen mediator.  Status hearing set for August 20, 2008 at 1:30 pm.

Docketing to mail notice.

00:05

| | Courtroom Deputy Initials: | GG |
|---|---|---|