UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

_____

In the Matter of                                                    Case  08 C 02676
**Rockford Park District**

vs.

**TIG Insurance Company**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**TIG Insurance Company**

_____
_____
_____

| | |
|---|---|
| SIGNATURE<br><br>s/ Timothy J. Fagan | |
| FIRM<br><br>           **SmithAmundsen LLC** | |
| STREET ADDRESS<br><br>           **150 NORTH MICHIGAN AVENUE, SUITE 3300** | |
| CITY/STATE/ZIP<br><br>           **CHICAGO, IL 60601** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>6202552 | TELEPHONE NUMBER<br>           **(312) 894-3200** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES  /x /          NO  / / | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES  / /           NO  /x / | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES  / /           NO  /X/ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES  /x /          NO  / / | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL  / /                              APPOINTED COUNSEL    / / | |