## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Rockford Park District

                              Plaintiff,

v.                                              Case No.: 1:08–cv–02676
                                                Honorable Philip G. Reinhard

TIG Insurance Company

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

    MINUTE entry before the Honorable P. Michael Mahoney:Status hearing held on 8/20/2008. Mediation unsuccessful. Parties to hold Rule 26 Meeting. Case management order due by 10/7/2008. Initial Pretrial Conference set for 10/8/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.